**Order entered November 25, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00938-CV

### IN RE L.C. AKA S.R.M., Relator

**Original Proceeding from the 330th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-20-07925-Y**

### ORDER
Before Justices Myers, Molberg, and Evans

Before the Court is relator's October 28, 2020 petition for writ of mandamus and request for emergency relief. We **GRANT** relator's request to the extent that we **STAY** the trial court from issuing any orders that would result in the child's placement with real party in interest. This stay shall remain in effect pending resolution of this original proceeding.

The Court requests real party in interest and respondent to file a response, if any, to the petition for writ of mandamus by **December 14, 2020.**

/s/     LANA MYERS
JUSTICE